No. 787, Misc. HAYES *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 792, Misc. COOK *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 786, Misc. OOSTERWYK *v.* COUNTY OF MILWAUKEE ET AL. Sup. Ct. Wis. Certiorari denied.

No. 803, Misc. WOLFF *v.* KROSHINSKY. Sup. Ct. Cal., Certiorari denied. Petitioner *pro se. John J. Costanzo* for respondent.

No. 805, Misc. KOEHN *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 814, Misc. MITCHELL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Evander Cade Smith* for petitioner.

No. 816, Misc. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Marshall Patner* for petitioner.

No. 827, Misc. LOMBARD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 569, Misc. GRIFFIN *v.* HENDRICK, COUNTY PRISONS SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.